UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2012 JUL 10 PM 1:15

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ELIESER PEREZ-ASENCIO,

Defendant.

CASE NO. 12-cr-02093-JLS

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X** an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) as charged in the Indictment/Information:

8:1326(a) and (b) - Removed Alien Found in the United States

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/10/12

William V. Gallo
U.S. Magistrate Judge